Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
MCCLIER CORPORATION (hereinafter referred
to as "MCCLIER")

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X   21 MC 103 (AKH)

ROBERT GLANCY Jr.,                                         Index No.: 06-CV-14689

               Plaintiff(s),                  **NOTICE OF ADOPTION OF ANSWER
                                                       TO MASTER COMPLAINT**
  -against-
                                                          **ELECTRONICALLY FILED**

AMERICAN EXPRESS BANK LTD, *et al.*,

               Defendant(s).
-------------------------------------------------------X

     PLEASE TAKE NOTICE that Defendant, MCCLIER CORPORATION (hereinafter referred to as "MCCLIER"), by its attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated August 21, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 103 (AKH).

     WHEREFORE, the defendant, MCCLIER CORPORATION (hereinafter referred to as "MCCLIER"), demands judgment dismissing the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       October 9, 2007

                                        Yours etc.,

                                        McGIVNEY & KLUGER, P.C.
                                        Attorneys for Defendant
                                        MCCLIER CORPORATION (hereinafter referred to as "MCCLIER"),

                                        By: _____
                                        Richard E. Leff (RL-2123)
                                        80 Broad Street, 23rd Floor
                                        New York, New York 10004
                                        (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
        Plaintiffs Liaison
        In Re Lower Manhattan Disaster Site Litigation
        115 Broadway, 12th Floor
        New York, New York 10006
        (212) 267-3700

        All Defense Counsel